to the trial court with directions to resentence defendant to a term of imprisonment authorized by sec. 1402(b) of the Controlled Substances Act, with credit toward the new sentence for time served under the vacated sentence.

Affirmed and remanded with directions.

LEIGHTON and SCHWARTZ, JJ., concur.

PATRICIA KUJAK, Plaintiff-Appellee, *v.* RODEMAR BECK, Defendant-Appellee—(MARIO DATO, Defendant-Appellant.)

RODEMAR BECK, Cross-Plaintiff-Appellee, *v.* MARIO DATO, Cross-Defendant-Appellant.

(No. 56317;

First District (2nd Division)—July 10, 1973.

PER CURIAM.

Herbert F. Stride, of Chicago, for appellant Mario Dato.

Torshen, Cohen & Eiger, Ltd. and Garretson & Santora, both of Chicago, (Benjamin H. Cohen, of counsel,) for appellee Rodemar Beck.